Copyrights-In-Suit for IP Address 173.89.12.90

**ISP:** Road Runner
**Location:** New Berlin, WI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Anneli Leila Menage A Trois | PA0001771662 | 01/13/2012 | 01/17/2012 | 05/16/2012 |
| Carlie Leila Strawberries and Wine | PA0001762081 | 05/07/2010 | 11/18/2011 | 03/26/2012 |
| Come To My Window | PA0001799576 | 07/27/2012 | 07/31/2012 | 07/30/2012 |
| Dream Come True | PA0001800356 | 07/13/2012 | 07/20/2012 | 07/30/2012 |
| Girls Night Out | PA0001762409 | 11/14/2011 | 11/23/2011 | 03/26/2012 |
| Just the Two of Us | PA0001781672 | 11/18/2011 | 03/18/2012 | 03/26/2012 |
| Lipstick Lesbians | PA0001817755 | 12/15/2012 | 12/17/2012 | 02/08/2013 |
| Little Lover | PA0001794976 | 04/30/2012 | 05/02/2012 | 06/11/2012 |
| Morning Fantasy | PA0001780474 | 01/18/2012 | 03/10/2012 | 06/27/2012 |
| On My Own | PA0001794965 | 06/04/2012 | 06/08/2012 | 11/13/2012 |
| Perfect Together | PA0001805262 | 08/29/2012 | 09/19/2012 | 09/20/2012 |
| Pretty Back Door Baby | PA0001789427 | 05/08/2012 | 05/10/2012 | 05/16/2012 |
| Russian Invasion | PA0001808629 | 09/26/2012 | 09/28/2012 | 10/08/2012 |
| Sapphic Experience | PA0001793364 | 06/11/2012 | 06/14/2012 | 09/11/2012 |
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 05/16/2012 |
| Teenage Dream | PA0001791491 | 05/29/2012 | 06/01/2012 | 06/11/2012 |
| Tiffany Sex with a Supermodel | PA0001762022 | 02/23/2011 | 11/21/2011 | 06/12/2012 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 01/22/2013 |
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 06/12/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 19**

EWI1

EXHIBIT B