UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**MALIBU MEDIA, LLC,**
    Plaintiff,

v.                                         Case No. 13-C-0213

**JOHN DOE subscriber assigned IP address 173.89.12.90,**
    Defendants.

## ORDER

**IT IS ORDERED** that plaintiff's motion for leave to serve a third-party subpoena prior to a Rule 26(f) conference is **GRANTED**. The plaintiff may serve a subpoena on the defendant's Internet service provider for the purpose of identifying the true name, address, telephone number, and email address of the defendant.

Dated at Milwaukee, Wisconsin, this 21st day of March 2013.

                                                    s/ Lynn Adelman
                                                    _____
                                                    LYNN ADELMAN
                                                    District Judge