UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

    Plaintiff,

-vs-

JOHN DOE subscriber assigned IP address 173.89.12.90,

    Defendant.

Case No. 13 cv 213 - LA

## NOTICE OF RETAINER
___

PLEASE TAKE NOTICE that the offices of BUTING, WILLIAMS & STILLING, S.C., by Attorney Jerome F. Buting, has been retained by the defendant, John Doe, subscriber assigned to IP address 173.89.12.90, to represent him/her in the above-entitled action and demand that copies of all papers be served upon our offices at 400 N. Executive Drive, Suite 205, Brookfield, Wisconsin 53005-6029, or ECF filed court the registered email for this firm.

Dated this 10th day of May, 2013.

    Respectfully submitted,
    BUTING, WILLIAMS & STILLING, S.C.,
    Attorneys for Defendant

By:    s/ Jerome F. Buting
    Jerome F. Buting
    State Bar No. 1002856

**Post Office Address**:
400 N Executive Drive, #205
Brookfield, Wisconsin 53005
(262) 821-0999 Fax (262) 821-5599